In the united states district court

Kurt Martin as united states in rem et al., libertas

V.

NIPSCO
CITIMORTGAGE, INC.
MISTER ANDREW P SEIWERT
FEIWELL & HANNOY P.C. ATTORNEYS AT LAW, et al.
COLDWELL BANKER, et. al.
ST. JOSEPH COUNTY BOARD OF COMMISSIONERS, et al.
FEDERAL HOME LOAN MORTGAGE CORPORATION
UNITED STATES INCORPORATED
THE COMPANY CORPORATION
NORTHERN TRUST CORPORATION
INTERNAL REVENUE SERVICE et al.
U.S. HOUSE OF REPRESENTATIVES
UNITED STATES SENATE

FILED

2013 JAN 25  PM 4: 09

ROBERT N. TRGOVICH, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

CASE NUMBER

3:13CV 052

/

## Writ of Scire Facias

Comes now Kurt Martin as the united states in rem et al., libertas, upon Writ of Scire Facias wherein Andrew P. Seiwert, apparent representative of Freddie Mac aka "Federal State", res judicata, acknowledges and affirmed Kurt Martin as the united states.  Through  Action of Law, was not able to post Kurt Martin lawfully, although with knowledge and aforethought continued to move against the united states, under Color of Law.  Because Andrew P. Seiwert chose to argue statute, rather than actual law, he is also to be held in contempt, as per the 1832 Nullification Proclamation, signed and effectuated by Andrew Jackson, barring appeal solely based on statutory or legislative intent, rather than use of Admissions of Evidence.  See: Attorney Work Product Doctrine.

*Tamara Kay*
*Brad Mary*
*Christopher Jean*
*Robert Pieland*

DATED this 25th day of January, 2013.
My word is my bond
Executor
*Kurt Martin*