In the united states district court

Kurt Martin as united states in rem et al., libertas

V.

NIPSCO
CITIMORTGAGE, INC.
MISTER ANDREW P SEIWERT
FEIWELL & HANNOY P.C. ATTORNEYS AT LAW, et al.
COLDWELL BANKER, et. al.
ST. JOSEPH COUNTY BOARD OF COMMISSIONERS, et al.
FEDERAL HOME LOAN MORTGAGE CORPORATION
UNITED STATES INCORPORATED
THE COMPANY CORPORATION
NORTHERN TRUST CORPORATION
INTERNAL REVENUE SERVICE et al.
U.S. HOUSE OF REPRESENTATIVES
UNITED STATES SENATE

CASE NUMBER

3:13CV 052

FILED
2013 JAN 25 PM 4:00
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

## Notice

Judge David Chapleau did issue a stay, knowing Kurt Martin is the owner, wherein he is to be with Immunity from Prosecution, and Protected by the united states Marshalls as a witness in this cause.

Judith L. Fox having served witness in these proceedings, wherein she is to be sequestered for her own protection, and to preserve the integrity of this Court.

Judge David Chapleau, and Judith L. Fox shall be protected by the united states Marshalls as apparently they are willing to testify on behalf of the Court, against, Defendant Bank, Representative and All office of Color.

DATED this 25th day of January, 2013.
My word is my bond
Executor

Kurt Martin