FILED

In the united states district court

Kurt Martin as the united states in rem et al.. libertas

13 APR -8 PM 12: 36

V.

FOR THE ~~NORTHERN~~ ~~DISTRICT~~ COURT
OF INDIANA DISTRICT

NIPSCO
CITIMORTGAGE, INC.
MISTER ANDREW P SEIWERT
FEIWELL & HANNOY P.C. ATTORNEYS AT LAW, et al.
COLDWELL BANKER, et. al.
ST. JOSEPH COUNTY BOARD OF COMMISSIONERS, et al.
FEDERAL HOME LOAN MORTGAGE CORPORATION
UNITED STATES INCORPORATED
THE COMPANY CORPORATION
NORTHERN TRUST CORPORATION
INTERNAL REVENUE SERVICE et al.
U.S. HOUSE OF REPRESENTATIVES
UNITED STATES SENATE
PHILIP P. SIMON
SHERIFF MICHAEL GRZEGOREK
MISTER DAVID CHAPLEAU
MISTER MICHAEL P. SCOPELITIS

CASE NUMBER 3:13 CV 052

/

## Simultaneous Action, Order, and Entry of Default Judgment

Comes now, Kurt Martin as the united states in rem et al., libertas, upon entry of default judgment for all claims asserted against defendants, hereby makes the following findings:

1. On January 25, 2013, the united states filed the complaint in this action and duly served the defendants with a copy of the complaint for relief against the defendants.

a. Federal Racketeering Offenses, in violation of 18  USC 1962, as evidenced in the bill of particulars - The defendants and others were employed by or associated with a racketeering enterprise and conducted, managed, operated, or participated, directly and indirectly, in the conduct of its affairs through a pattern of predicate crimes by multiple, repeated and continuous instances.

b. Conspiracy to Violate Federal Racketeering Law, in violation of 18 U.S.C. §1962, (St. Joseph County Superior Court Cause Numbers 71D06-1102MF-00081, and 71D07-1108DR-00482) - The defendants and others were employed by or associated with a racketeering enterprise and conspired to conduct or participate, directly and indirectly, in the conduct, management, or operation of the enterprise through a pattern of predicate crimes by multiple, repeated and continuous instances of the transfer or transmittal in interstate commerce of money or property they knew to have been stolen or converted in violation of 18 U.S.C. § 2314.

c. State Racketeering Offenses, in violation of Indiana Code IC 35-45-6-1, IC 35-45-10-1, IC 35-45-10-2, of IC 35-45-10-5 Sec 5 (a) (1) (A) and (8) (c) (1),  IC 35-42-3.5-1 Sec. 1. (a) (1)(A)(B) and (2) (b) (d)(1)(2)(3),

IC 35-42-3-3 (a)(1)(2)(b)(1)(A)(B), IC 35-42-3-4 Sec. 4 (a)(1)(2) (b)(1)(2)(3), IC 35-43-5-3 Sec. 3(a)(1)(2)(3)(4)(9), IC 35-43-4-1 Sec. 1 (a)(b)(1)(2)(3)(4)(5), IC 35-43-4-1 sec. 2 (a)(1)(2)(A)(B)(C)(i), IC 35-43-4-1 Sec. 1 (a)(b)(1)(2)(3)(4)(5), by IC 35-43-5-1 Sec. 1 (h)(i)(1)(2)(3) (j)(1)(2)(3) (k)(1)(2)(3)(4)(5)(6), IC 35-45-2-1 Sec. 1 (a)(1)(2)(3) (b)(iii)(D)(2)(C)(1)(2)(3)(4)(6)(7)(8),  IC 35-45-2- Sec. 2 (a)(2) and IC 35-45-2-5, IC 35-45-2-5 Sec. 5 (3), IC 35-44.1-2-2 Sec. 2 (C)(2)(A)(B)(C)(3)(4) want of judicial immunity whilst practicing law, and IC 35-44.1-2-6 Sec. 6 (2), IC 35-44.1-1-1 Sec. 1 (1)(2)(3), IC 35-45-4 Sec. 4 (1) and (5)

d. State Recovery for Crime Victims, as per IC 35-45-6-1, IC 35-45-10-1, IC 35-45-10-2,  of IC 35-45-10-5 Sec 5 (a) (1) (A) and (8) (c) (1),  IC 35-42-3.5-1 Sec. 1. (a) (1)(A)(B) and (2) (b) (d)(1)(2)(3),  IC 35-42-3-3 (a)(1)(2)(b)(1)(A)(B), IC 35-42-3-4 Sec. 4 (a)(1)(2) (b)(1)(2)(3), IC 35-43-5-3 Sec. 3(a)(1)(2)(3)(4)(9), IC 35-43-4-1 Sec. 1 (a)(b)(1)(2)(3)(4)(5), IC 35-43-4-1 sec. 2 (a)(1)(2)(A)(B)(C)(i), IC 35-43-4-1 Sec. 1 (a)(b)(1)(2)(3)(4)(5), by IC 35-43-5-1 Sec. 1 (h)(i)(1)(2)(3) (j)(1)(2)(3) (k)(1)(2)(3)(4)(5)(6), IC 35-45-2-1 Sec. 1 (a)(1)(2)(3) (b)(iii)(D)(2)(C)(1)(2)(3)(4)(6)(7)(8),  IC 35-45-2- Sec. 2 (a)(2) and IC 35-45-2-5, IC 35-45-2-5 Sec. 5 (3), IC 35-44.1-2-2 Sec. 2 (C)(2)(A)(B)(C)(3)(4) want of judicial immunity whilst practicing law, and IC 35-44.1-2-6 Sec. 6 (2), IC 35-44.1-1-1 Sec. 1 (1)(2)(3), IC 35-45-4 Sec. 4 (1) and (5)

e. These unlawful actions dissolve the Federal Reserve as per 12 U.S.C. 341, enumeration number two, and reallocate to any and all known heirs and estates.

2. Defendants, NIPSCO,  CITIMORTGAGE, INC., MISTER ANDREW P SEIWERT, FEIWELL & HANNOY P.C. ATTORNEYS AT LAW, et al., COLDWELL BANKER, et. al.,  ST. JOSEPH COUNTY BOARD OF COMMISSIONERS, et al., FEDERAL HOME LOAN MORTGAGE CORPORATION, UNITED STATES INCORPORATED, THE COMPANY CORPORATION, NORTHERN TRUST CORPORATION, INTERNAL REVENUE SERVICE et al., U.S. HOUSE OF REPRESENTATIVES, UNITED STATES SENATE, PHILIP P. SIMON, SHERIFF MICHAEL GRZEGOREK, MISTER DAVID CHAPLEAU, and MISTER MICHAEL P. SCOPELITIS (Chief Judge), having evidenced guilt, as Evidenced herein record, and by admission, want of dissent.

NOW THEREFORE, IT IS HEREBY ORDERED that the defendants having failed to answer the complaint and after being fully apprised of the claims that had been asserted against them in the complaint and choosing not to defend against the pending complaint, the Court enters default judgment against the defendants on all of the aforesaid claims for relief that are set forth in the complaint. The defendants are therefore deemed to have admitted all of the allegations relating to their liability as set forth in the complaint.

DATED this 5th day of April, 2013.
My word is my bond
Executor

Kurt Martin