FILED

13 JUL 23 AM 11: 11

## In the united states court

united states

V.

COLORADO
DENVER COUNTY
RE: VYNESSA ROBINSON
_____ /

You, or one or more of your Persons, Citizens, Agents, Beneficiaries, Uses, Infants, wards, goods, chattels, or Subjects has been charged and assessed fees, in the amount of 33 billion, in the united states court on behalf of the united states , Samantha Viola, House of Allsop, and Maxwel Martin, House of Allsop:

for: the crime of second degree kidnapping C.R.S. 18-3-302 a person commits second degree kidnapping when s/he seizes and carries any person from one place to another, without his consent and without lawful authority; or s/he takes away any child below 18 years with intent to keep or conceal the child from his or her parent or guardian or with intent to sell, trade, or barter such child for consideration.

18 USC § 1201 – Kidnapping
a) Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when—

(1) the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense;

(2) any such act against the person is done within the special maritime and territorial jurisdiction of the United States;

(3) any such act against the person is done within the special aircraft jurisdiction of the United States as defined in section 46501 of title 49;

(4) the person is a foreign official, an internationally protected person, or an official guest as those terms are defined in section 1116 (b) of this title; or

(5) the person is among those officers and employees described in section 1114 of this title and any such act against the person is done while the person is engaged in, or on account of, the performance of official duties, shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment.

(b) With respect to subsection (a)(1), above, the failure to release the victim within twenty-four hours after he shall have been unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, or carried away shall create a rebuttable presumption that such person has been transported in interstate or foreign commerce. Notwithstanding the preceding sentence, the fact that the presumption under this section has not yet taken effect does not preclude a Federal investigation of a possible violation of this section before the 24-hour period has ended.

(c) If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.

(d) Whoever attempts to violate subsection (a) shall be punished by imprisonment for not more than twenty years.

(e) If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if

(1) the victim is a representative, officer, employee, or agent of the United States,

(2) an offender is a national of the United States, or

(3) an offender is afterwards found in the United States. As used in this subsection, the United States includes all areas under the jurisdiction of the United States including any of the places within the provisions of sections 5 and 7 of this title and section 46501 (2) of title 49. For purposes of this subsection, the term "national of the United States" has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101 (a)(22)).

(f) In the course of enforcement of subsection (a)(4) and any other sections prohibiting a conspiracy or attempt to violate subsection (a)(4), the Attorney General may request assistance from any Federal, State, or local agency, including the Army, Navy, and Air Force, any statute, rule, or regulation to the contrary notwithstanding.

(g) Special Rule for Certain Offenses Involving Children.—

(1) To whom applicable.— If—

(A) the victim of an offense under this section has not attained the age of eighteen years; and

(B) the offender—

(i) has attained such age; and

(ii) is not—

(I) a parent;

(II) a grandparent;

(III) a brother;

(IV) a sister;

(V) an aunt;

(VI) an uncle; or

(VII) an individual having legal custody of the victim;

the sentence under this section for such offense shall include imprisonment for not less than 20 years.

[(2) Repealed. Pub. L. 108–21, title I, § 104(b),Apr. 30, 2003, 117 Stat. 653.]

(h) As used in this section, the term "parent" does not include a person whose parental rights with respect to the victim of an offense under this section have been terminated by a final court order.

Failure to appear in Person, or as represented by an attorney will result in a warrant for your arrest, confiscation and liquidation of any and all assets and holdings until this debt is paid in full, as per contractual agreement under 46 U.S.C. 31325, having been the assignor of the Allsop Estate wherein lien was maintained on a public vessel.

Clerk shall serve, and direct all parties, remit all invoices, bills and notes.

Signed this      day of July, 2013

Judge's Signature on file with clerk

# In the united states court

united states

V.

COLORADO
DENVER COUNTY
RE: VYNESSA ROBINSON

_____/_____

Warrant for the Arrest and apprehension of the fugitive, Vynessa Denise Robinson-Allsop

Description:

Male / <u>Female</u>

| | | | |
|---|---|---|---|
| Height: | 5' 3" | eye color: | black |
| weight: | 150 lbs. | hair color: | black |

any identifying marks or tattoos: tattoos on chest and back.

CRIME COMMITTED

Count I. Kidnapping C.R.S. 18-3-302

Count II. Kidnapping 18 U.S.C. § 1201

Count III. Kidnapping 18 U.S.C. § 1201 (a) (1) (5) (b) (h)

Current address: 19014 E. 57th Pl. Unit #B, Denver, CO 80249. Suspect may be residing with Richard Weddington, and is known to cohabitate with such Persons or Entities, as necessity dictates.

Previous name or aliases: Vynessa Denise Robinson, Vynessa Denise Bowe, Vynessa Denise Ross, Vynessa Denise Obrochta, Vynessa Denise Allsop, Vynessa Bowe Broadway.

Goes by (name they like to be addressed as): Vynessa, Nessa, or Vynessa Robinson

Comments or special features by which to indentify suspects: Suspect appears to have an "Adam's Apple"

is suspect former military? <u>yes</u> or no

is suspect armed? yes or <u>no</u>

is suspect known to be a threat of harm to themselves or others? <u>yes</u> or no

Should law enforcement use caution when approaching? <u>yes</u> or no

Comments or special instructions for law enforcement:

Confidential Information regarding these whereabouts can be obtained by calling 501 584 8459. This information is not to be shown to suspect, or any other outside of law enforcement, excluding attorneys as well, as citizens-civilians.

Administrative fees upon apprehension of suspect

Additional information: Warning, suspect may attempt to use "Color of Office" maintain they are with or employed by the Colorado Attorney General's Office. USE CAUTION WHEN APPROACHING.

Any other questions or comments please contact the Clerk of Courts.

Signed this ___ day of July, 2013

Judge's Signature on file with clerk

*Mail Martin*

```
                    1241382
RECORDED AS PRESENTED ON
  12/27/2012  03:56:05PM
  PHILLIP G. DOTSON
  ST. JOSEPH COUNTY
      RECORDER
  REC FEE:     $12.00
  PAGES:  1
```

## Ordinance of Estates

NOTICE to AGENT is NOTICE to PRINCIPAL / NOTICE to PRINCIPAL is NOTICE to AGENT

RE: Your Record

To whom it concerns,

There appears to be a mistaken identity, wherein the Estates known as Kurt Martin Allsop, Maxwel Martin Allsop, and Samantha Viola Allsop, as the united states in rem, et al., have been administered by your agency without lawful authority, wherein your Corporation, via commission, has been granted letter of marque, a business license unlawfully authorizing you to be a privateer. Notice record numbers 1225665, and 1225664, located at the St. Joseph County Recorder's Office, Indiana. Update your records accordingly. If you would like to contract further with the Estates/Executor, you may now refer to fee schedules record numbers 1234649, and 1237493 located at the St. Joseph County Recorder's Office, Indiana. I authorize the use of the proper names as exemplified herein, without Capitalization, as Kurt Martin only, renouncing any and all hypothecation. Any and all business licensed Privateers acting on information (Treaty of Peace), assigns, and successors shall use Temporary Post Location, C/o 19401 Burke Street, South Bend, Indiana 46637, only as per 18 USC 1342. Any unlawful violation of the proclamation, or any other by deceit, act, motion, trick, simulation, or any other willful crime will be met with contracted charges pursuant to fee schedules as recorded as record numbers 12346949, and 1237493 located at the St. Joseph County Recorder's Office, Indiana.

"Whoever, for the purpose of conducting, promoting, or carrying on by means of the Postal Service, any scheme or device mentioned in section 1341 of this title or any other unlawful business, uses or assumes, or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other than his own proper name, or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this title or imprisoned not more than five years, or both."

Any unlawful actions maintained by your corporation will be returned as unacceptable mail as per 18 USC 1342.

I, a living soul manifest, now bear witness with my own eyes and attest through my own hand, this notice and free will writing by Kurt Martin and this twenty seventh Day of December in the Year Two Thousand Twelve. Witness quorum

*Benjamin James*
*Robert Richard*
*Tamara Kay*
*Sonja Marie*

*Kurt Martin – House of Allsop*
*Estate [signature] member-*
*Society of the Sojourner*
[SEAL]
*Kurt Martin*

XFINITY Connect

## XFINITY Connect

bo357@comcast.ne

± Font Size ±

## RE: Kids schedule

From : Vynessa Robinson <robinson.vynessa@hotmail.com>                Tue, Jun 11, 2013 09:02 AM

Subject : RE: Kids schedule

To : Kurt <bo357@comcast.net>

Read on.... you need to NOT be in arrears and currently you are almost 3 years in arrears.

As I stated before, if you are not paying child support, do not contact me again!

---

Date: Tue, 11 Jun 2013 12:06:22 +0000
From: bo357@comcast.net
To: robinson.vynessa@hotmail.com
Subject: Re: Kids schedule

Vynessa,
From the referenced order that you recently sent:
"PETITIONER IS ALLOCATED RESIDENTIAL PARENTING TIME. RESPONDENT TO EXERCISE PARENTING TIME EVERY YEAR DURING THE SUMMER MONTHS FROM ONE WEEK AFTER SCHOOL RECESSES UNTIL ONE BEFORE SCHOOL BEGINS. THE PARENT WHO IS RECEIVING THE CHILDREN FOR THEIR PARENTING TIME IS RESPONSIBLE FOR THE TRANSPORTATION COST OF THE CHILDREN. PARTIES ARE TO ALLOW REASONABLE TELEPHONE CONTACT WITH THE OTHER PARTY WHEN EXERCISING PARENTING TIME. THE PARTIES ARE GRANTED LEAVE TO INFORMALLY MODIFY THE PARENTING PLAN CONTINGENT ON AGREEMENT BEING REDUCED TO WRITING. " "The Dependency Exemption shall be as follows: EACH PARTY TO CLAIM ONE CHILD FOR TAX EXEMPTION EACH YEAR CONTINGENT UPON RESPONDENT BEING CURRENT WITH HIS CHILD SUPPORT PAYMENTS. "

This states, contrary to your delusional thought, that in order for me to claim them for tax purposes, if I so wished, that child support should be current, as you know, it says no thing
about the legality of human trafficking, or hostage taking, in exchange for ransom....apparently you are on your own, attempting to justify your behavior, whilst using children, as pawns in
a game by which to garner financial benefit.
For example, this communication began when YOU told the CHILDREN I could only see them, if I paid ransom for them...THIS, is CHILD ABUSE, you are actively engaged in the TORTURE of
children. I did not accuse you. I have shown you the EVIDENCE of your crime, by pointing this out to you ...projecting onto me, does nothing to help you avoid criminalizing yourself
further, by your own actions. Again, at your OWN HAND, by your OWN actions, you have mainained you are cutting off communications, because you have not received FINANCIAL BENEFIT, for
holding OUR children hostage....
Such commercial activity, also falls in the category of extortion, criminal coercion, and as a representative to the AG's office, you are fully aware of the consequences of such criminal
enterprise, FAR outside of the Best Interests of our children, subjected to such ABUSE at your hands.
According to C.R.S. 18-3-302 a person commits second degree kidnapping when s/he seizes and carries any person from one place to another, without his consent and without lawful authority;
or s/he takes away any child below 18 years with intent to keep or conceal the child from his or her parent or guardian or with intent to sell, trade, or barter such child for consideration.

You offered our CHILDREN for SALE, Vynessa...this, is evidenced throughout this thread of conversation, in writing, from your office at the Attorney General's office...
Over and over, I tried to show you what you were doing, and I was nicely doing this, to limit your culpability, assuming that your intention was really not to TRAFFIC CHILDREN, but the end
result was that you are doing this with intent, willfully holding our children hostage, whilst demanding ransom.

http://www.law.cornell.edu/uscode/text/18/1201
(a)Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the
, parent thereof, when—
(1)the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in
interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the

offense;
(2)any such act against the person is done within the special maritime and territorial jurisdiction of the United States;
(3)any such act against the person is done within the special aircraft jurisdiction of the United States as defined in section 46501 of title 49;
(4)the person is a foreign official, an internationally protected person, or an official guest as those terms are defined in section 1116(b) of this title; or
(5)the person is among those officers and employees described in section 1114 of this title and any such act against the person is done while the person is engaged in, or on account of, the
performance of official duties, shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment.
(b)With respect to subsection (a)(1), above, the failure to release the victim within twenty-four hours after he shall have been unlawfully seized, confined, inveigled, decoyed, kidnapped,
abducted, or carried away shall create a rebuttable presumption that such person has been transported in interstate or foreign commerce. Notwithstanding the preceding sentence, the fact
that the presumption under this section has not yet taken effect does not preclude a Federal investigation of a possible violation of this section before the 24-hour period has ended.
(c)If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment
for any term of years or for life.
(d)Whoever attempts to violate subsection (a) shall be punished by imprisonment for not more than twenty years.
(e)If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if
(1) the victim is a representative, officer, employee, or agent of the United States,
(2) an offender is a national of the United States, or
(3) an offender is afterwards found in the United States. As used in this subsection, the United States includes all areas under the jurisdiction of the United States including any of the
places within the provisions of sections 5 and 7 of this title and section 46501(2) of title 49. For purposes of this subsection, the term "national of the United States" has the meaning
prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)).
(f)In the course of enforcement of subsection (a)(4) and any other sections prohibiting a conspiracy or attempt to violate subsection (a)(4), the Attorney General may request assistance
from any Federal, State, or local agency, including the Army, Navy, and Air Force, any statute, rule, or regulation to the contrary notwithstanding.

As you can see I have given you ample opportunity to rectify this situation, and limit the amount of time you would otherwise be criminalized by your actions. Colorado Laws on Best Interest of the Child.

The court shall determine the allocation of parentalresponsibilities, including physical custody and visitation, and decision-making responsibilities, in accordance with the best interests
of the child giving paramount consideration to the physical, mental, and emotional conditions and needs of the child. In determining the best interests of the child for purposes of custody,
the court shall consider all relevant factors, including the following guidelines under Colorado laws:
1.The wishes of the child's parents as to custody;
2.The wishes of the child if he or she is sufficiently mature to express reasoned and independent preferences as to the custody and visitation schedule;
3.The interaction and interrelationship of the child with his or her parents, his or her siblings, and any other person who may significantly affect the child's best interests;
4.The child's adjustment to his or her home, school, and community;
5.The mental and physical health of all individuals involved, except that a disability alone shall not be a basis to deny or restrict parenting time;
6.The ability of the parties to encourage the sharing of love, affection, and contact between the child and the other party;
7.Whether the past pattern of involvement of the parties with the child reflects a system of values, time commitment, and mutual support;
8.The physical proximity of the parties to each other as this relates to the practical considerations of parenting time;
9.Whether one of the parties has been a perpetrator of child abuse or neglect, which shall be supported by credible evidence;
10.Whether one of the parties has been a perpetrator of spouse abuse, which factor shall be supported by credible evidence; and
11.The ability of each party to place the needs of the child ahead of his or her own needs.

I had no idea what you were either, until a friend of mine sent me an article regarding the Female Psychopath, which is when I realized how descpicable you really were, and to what lengths
you would go to to not only harm my self, but our innocent children, for a buck. I lived for ten years, as a victim of domestic violence, although when you first took off with another guy
I thought I had done something wrong. I realize now, you just use men, or women, then move on to the next sucker after you suck the life and soul out of them, and they are no longer a use
to you, or serve a purpose, according to your malicious agenda.
http://tamipepperman.wordpress.com/2010/07/31/the-female-psychopath-2/

From: "Vynessa Robinson" <robinson.vynessa@hotmail.com>
To: bo357@comcast.net
Cc: "andrya ross95" <andrya.ross95@gmail.com>, rxwe090@aol.com, "tynesia ross" <tynesia.ross@gmail.com>, tynesia@gmail.com
Sent: Monday, June 10, 2013 5:57:56 PM
Subject: The Court Order - Jackass!
Sent By:

"Vynessa Robinson" <robinson.vynessa@hotmail.com>   On: Jun 06/10/13 5:57 PM

To: bo357@comcast.net

I don't understand why you have to make your children's lives so miserable. You apparently don't care about their well being at all.
So here is your court order!!!

---

**From:** "Vynessa Robinson" <robinson.vynessa@hotmail.com>
**To:** "Kurt" <bo357@comcast.net>
**Cc:** "andrya ross95" <andrya.ross95@gmail.com>, rxwe090@aol.com, "tynesia ross" <tynesia.ross@gmail.com>, tynesia@gmail.com
**Sent:** Monday, June 10, 2013 5:38:58 PM
**Subject:** RE: Kids schedule

You know what? I have tried to be as congenial as I could be with you during this unfortunate situation. However, if you ever accuse me of anything as heinous as what is listed below in this email, I won't be so nice!!!!

Now, I really don't care if you ever get a copy of the court order. I know you got one and the courts know you got one. Either way, I am not obliged to cow down to you in any manner. You are being a deadbeat father and that does not take rocket science to figure out. Even your children are aware of the fact.

By your slanderous indication you have stated that I am now teaching my children that they are objects for financial gain then you find a way to be able to contact them.

I have provided for them these past years without any assistance from you. Does that make you feel like a parent?

Well, I have no problem going home and telling the kids that you decided that (1) you are not paying child support (2) you will make a career out of being a deadbeat parent (3) they will see you when they turn 18 years old!

You make me sick you selfish piece of shit!!!

Unless you are paying child support, don't contact me, don't call my house and believe this - I won't ever make it easy for you again.
You souless, uncaring, ungrateful jackass!!!

I bet the kids are sorry that you are the father!!!

---

Date: Mon, 10 Jun 2013 20:21:10 +0000
From: bo357@comcast.net
To: robinson.vynessa@hotmail.com
Subject: Re: Kids schedule

I require the court order for my records, as either the courts in Colorado are willfully holding children as hostages, whilst demanding ransom moneys in order for me to be a parent to our children (and this is indicated in the court order), or you are holding our children hostage, whilst demanding ransom moneys in order for our children to have parenting time with their father....either way, one or the other entity will be held accountable as per the law. In written communication, you have evidenced that you are holding the children hostage, whilst seeking financial incentive.

It is deplorable, that: 1. You would use children in such a manner, then brag about how excited they are to see me, and be with me, whilst abusing them, without a thought to their well being.  2. You are teaching them, that they are objects to be used for financial gain.
It is even more egregious that you work for the attorney general, sending such emails from work, whilst employed in such capacity.

But, this is free will...you will do what you will do.

**From:** "Vynessa Robinson" <robinson.vynessa@hotmail.com>
**To:** "Kurt" <bo357@comcast.net>
**Sent:** Monday, June 10, 2013 10:46:58 AM
**Subject:** RE: Kids schedule

. I know that the kids were expecting to be able to see you this summer. They came to me all excited that "Dad is going to pay child support so that we can go visit him."

How much can you afford to pay at this time? Retrieving a copy of the court order is not free, but I will see what I can do to get you another copy.

# XFINITY Connect

Subject: Re: Kids schedule
From: robinson.vynessa@hotmail.com
Date: Sat, 8 Jun 2013 07:30:49 -0600
To: bo357@comcast.net

Denver District County Court can supply that information for you. I take it that we will try again next year for visitation? You can let the kids know.

Sent from my iPhone

On Jun 7, 2013, at 6:03 PM, "Kurt" <bo357@comcast.net> wrote:

> I require the court order, before I can proceed with the exaction you are facilitating, as previously offered me by your indication that I would be receiving a scanned copy of an order of some kind.
> In all reality, I cannot feasibly come up with the amount you are requiring before releasing the children to me for my parenting time, however, I would like to know what other options I have available allowing the release of the children into my custody.
>
> **From:** "Vynessa Robinson" <robinson.vynessa@hotmail.com>
> **To:** "Kurt" <bo357@comcast.net>
> **Sent:** Friday, June 7, 2013 6:10:40 PM
> **Subject:** RE: Kids schedule
>
> Ok, let's start this over.
>
> You received a copy of the court order because you told the judge in Indiana that you have received it and did not agree with it.
> Nonetheless, the amount is $423 per month starting October 2011.
> One year's worth would be $423 X 12 = $5076.
> It should be sent to USAA Federal Bank
>
> If you are wiring the money let me know and I will give you the instructions.
>
> If you are mailing it, let me know and I will give you the exact address.
>
> I hope this clarifies the situation.
>
> Date: Fri, 7 Jun 2013 21:29:07 +0000
> From: bo357@comcast.net
> To: robinson.vynessa@hotmail.com
> Subject: Re: Kids schedule
>
> I need to know how much exaction you require, in order for me to have visitation. In a previous email conversation with you you had indicated you want "a year's worth" of child support, at which time I asked you to provide me the court order indicating a payout required by you, before I have visitation with the children, if you can get me that that would be great.
>
> I would also require then, a location you want this amount sent to.
>
> Thank you
>
> **From:** "Vynessa Robinson" <robinson.vynessa@hotmail.com>
> **To:** "Kurt" <bo357@comcast.net>
> **Sent:** Friday, June 7, 2013 3:30:04 PM
> **Subject:** RE: Kids schedule
>
> Ok, and when can I expect the child support payment?
>
> Date: Fri, 7 Jun 2013 19:15:18 +0000
> From: bo357@comcast.net
> To: robinson.vynessa@hotmail.com
> Subject: Re: Kids schedule

Ok, that sounds great. Any date is good for me. My schedule is flexible, so just let me know.

**From:** "Vynessa Robinson" <robinson.vynessa@hotmail.com>
**To:** bo357@comcast.net
**Sent:** Friday, June 7, 2013 12:12:51 PM
**Subject:** Kids schedule

The kids want to go Camp Ray Bird with Zion this year. I was waiting to hear back from you before I booked the dates. I just figured that if they were already there then maybe they could spend some time with you. I need to hear back from you soon, otherwise I will just arrange to have them come back home right after that camp ends.

Vynessa

**XFINITY Connect**                                           bo357@comcast.net

± Font Size −

## Re: Ready Set Don't Go

**From :** Kurt <bo357@comcast.net>                    Tue, Jul 16, 2013 06:20 PM
**Subject :** Re: Ready Set Don't Go
**To :** Samantha Allsop <samaallsop@live.com>
**Bcc :** tami pepperman <tamikay23@hotmail.com>

Oh, we could do that easily thanks to the music you sent me `;o)

I am so sorry honey. Your mother has not contacted me regarding travel expenses, although she indicated in prior emails that she had already made plans to have you and Max in Indiana to go to Camp Raybird. This is the first I have heard about the change in plans. I will search again for an email.

I hope that we will resolve this quickly.

Love dad

**From:** "Samantha Allsop" <samaallsop@live.com>
**To:** "Kurt Martin" <bo357@comcast.net>
**Sent:** Tuesday, July 16, 2013 5:50:22 PM
**Subject:** Ready Set Don't Go

How about this one by Miley Cyrus and Billy Ray Cyrus

**Intro:** D Bm

D
She's gotta do what she's gotta do

And I've gotta like it or not
Bm
She's got dreams too big for this town

And she needs to give 'em a shot
    G
Whatever they are
D
Looks like I'm all ready to leave

There's Nothing left to pack
Bm
There ain't no room for me in that car
     G
Even if she asked me to tag along
   Em A
God I gotta be strong

chorus

G A I'm at the startin' line of the rest of my life D As ready as I've ever been G A Got the hunger and the stars in my eyes D The prize is mine to win G Bm She's waitin' on my blessings before she hits that

open road
   Em

Baby get ready

(Oh I'm ready)
  A
Get set
  D
Don't go
D
Looks like things are fallen into place

Feels like they're fallen apart
Bm
I painted this big ol' smile on my face

To hide my broken heart
  G
If only she knew
D
That this is where you don't say
what you want so bad to say
Bm
This is where I want

to but I won't get in the way
    G
Of her and her dreams
    Em  A
And spreadin' her wings

(I'm ready to fly)

chorus

G A I'm at the startin' line of the rest of my life D As ready as I've ever been G A Got the hunger and the stars in my eyes D The prize is mine to win G Bm She's waitin' on my blessings before she hits that

open road
  Em
Baby get ready

(Oh I'm ready)
  A
Get set
  D
Don't go

I'm at the startin' line of the rest of my life
  D
As ready as I've ever been
  G A
Got the hunger and the stars in my eyes
  D
The prize is mine to win (I'll be OK)

G Bm
She's waitin' on my blessings before she hits that

open road
, Em
Baby get ready

(Oh I'm ready)
  A

```
Get set
   D
Please don't go
   Bm
Don't go (I gotta go now, I'm ready)
   D
Don't go
D Bm
I'll be alright, I'll be Ok

know that I'll be thinking of you
  D
each and every day
```

**Intro:** D Bm *(Até o final)*

**XFINITY Connect**                                                bo357@comcast.net

± Font Size −

## Re: Goodbye by Miley Cyrus

**From :** Kurt <bo357@comcast.net>                            Tue, Jul 16, 2013 05:37 PM
**Subject :** Re: Goodbye by Miley Cyrus
   **To :** Samantha Allsop <samaallsop@live.com>
  **Bcc :** tami pepperman <tamikay23@hotmail.com>

Why not?

**From:** "Samantha Allsop" <samaallsop@live.com>
**To:** "Kurt Allsop" <bo357@comcast.net>
**Sent:** Tuesday, July 16, 2013 5:34:51 PM
**Subject:** RE: Goodbye by Miley Cyrus

We are not going

Date: Tue, 16 Jul 2013 19:55:25 +0000
From: bo357@comcast.net
To: samaallsop@live.com
Subject: Re: Goodbye by Miley Cyrus

OK. is camp next week then? Are you flying or driving?
love dad

**From:** "Samantha Allsop" <samaallsop@live.com>
**To:** "Kurt Martin" <bo357@comcast.net>
**Sent:** Sunday, July 14, 2013 9:17:22 PM
**Subject:** RE: Goodbye by Miley Cyrus

I have been and it is on youtube

Date: Sat, 13 Jul 2013 18:48:55 +0000
From: bo357@comcast.net
To: samaallsop@live.com
Subject: Re: Goodbye by Miley Cyrus

I still like the Garden better but at any rate, it would be better for me to learn it and teach it to you. You need to just work on the singing aspect of it for the time being.
love dad

**From:** "Samantha Allsop" <samaallsop@live.com>
**To:** "Kurt Martin" <bo357@comcast.net>
**Sent:** Friday, July 12, 2013 3:36:42 PM
**Subject:** Goodbye by Miley Cyrus

I can honestly say
You've been on my mind

Since I woke up today
I look at your photograph all the time
These memories come back to life
And I don't mind

I remember when we kissed
I still feel it on my lips
The time that you danced with me
With no music playing
I remember the simple things
I remember till I cry
But the one thing I wish I'd forget
The memory I wanna forget
Is goodbye

I woke up this morning
And played our song
And through my tears I sang along
I picked up the phone and then
Put it down
'cause I know I'm wasting my time
And I don't mind

I remember when we kissed
I still feel it on my lips
The time that you danced with me
With no music playing
I remember the simple things
I remember till I cry
But the one thing I wish I'd forget
The memory I wanna forget

Suddenly my cell phone's blowing up
With your ring tone
I hesitate but answer it anyway
You sound so alone
And I'm surprised to hear you say

You remember when we kissed
You still feel it on your lips
The time that you danced with me
With no music playing
You remember the simple things
We talk till we cry
You said that your biggest regret
The one thing you wish I'd forget
Is saying goodbye

Saying goodbye
Oh, Goodbye

Samantha

P.S. I sent the lyrics to you cause this is the song I want to do with you.
That is why I want my guitar so badly.

# XFINITY Connect

**XFINITY Connect**

bo357@comcast.net

± Font Size −

## Fwd: Goodbye by Miley Cyrus

**From :** Kurt <bo357@comcast.net>  
**Subject :** Fwd: Goodbye by Miley Cyrus  
**To :** Sonja Allsop <smaandbud@comcast.net>

Tue, Jul 16, 2013 06:36 PM

---

**From:** "Samantha Allsop" <samaallsop@live.com>  
**To:** "Kurt Allsop" <bo357@comcast.net>  
**Sent:** Tuesday, July 16, 2013 5:43:21 PM  
**Subject:** RE: Goodbye by Miley Cyrus

Because mom cant afford it

---

Date: Tue, 16 Jul 2013 21:37:25 +0000  
From: bo357@comcast.net  
To: samaallsop@live.com  
Subject: Re: Goodbye by Miley Cyrus

Why not?

---

**From:** "Samantha Allsop" <samaallsop@live.com>  
**To:** "Kurt Allsop" <bo357@comcast.net>  
**Sent:** Tuesday, July 16, 2013 5:34:51 PM  
**Subject:** RE: Goodbye by Miley Cyrus

We are not going

---

Date: Tue, 16 Jul 2013 19:55:25 +0000  
From: bo357@comcast.net  
To: samaallsop@live.com  
Subject: Re: Goodbye by Miley Cyrus

OK. is camp next week then? Are you flying or driving?  
love dad

---

**From:** "Samantha Allsop" <samaallsop@live.com>  
**To:** "Kurt Martin" <bo357@comcast.net>  
**Sent:** Sunday, July 14, 2013 9:17:22 PM  
**Subject:** RE: Goodbye by Miley Cyrus

I have been and it is on youtube

---

Date: Sat, 13 Jul 2013 18:48:55 +0000  
From: bo357@comcast.net  
To: samaallsop@live.com  
Subject: Re: Goodbye by Miley Cyrus

I still like the Garden better but at any rate, it would be better for me to learn it and teach it to you. You need to just work on the singing aspect of it for the time being.
love dad

---

**From:** "Samantha Allsop" <samaallsop@live.com>
**To:** "Kurt Martin" <bo357@comcast.net>
**Sent:** Friday, July 12, 2013 3:36:42 PM
**Subject:** Goodbye by Miley Cyrus

I can honestly say
You've been on my mind
Since I woke up today
I look at your photograph all the time
These memories come back to life
And I don't mind

I remember when we kissed
I still feel it on my lips
The time that you danced with me
With no music playing
I remember the simple things
I remember till I cry
But the one thing I wish I'd forget
The memory I wanna forget
Is goodbye

I woke up this morning
And played our song
And through my tears I sang along
I picked up the phone and then
Put it down
'cause I know I'm wasting my time
And I don't mind

I remember when we kissed
I still feel it on my lips
The time that you danced with me
With no music playing
I remember the simple things
I remember till I cry
But the one thing I wish I'd forget
The memory I wanna forget

Suddenly my cell phone's blowing up
With your ring tone
I hesitate but answer it anyway
You sound so alone
And I'm surprised to hear you say

You remember when we kissed
You still feel it on your lips
The time that you danced with me
With no music playing
You remember the simple things
We talk till we cry
You said that your biggest regret
The one thing you wish I'd forget
Is saying goodbye

Saying goodbye
Oh, Goodbye

Samantha

P.S. I sent the lyrics to you cause this is the song I want to do with you.

XFINITY Connect

Page 3 of 3

That is why I want my guitar so badly.