RECEIVED

13 AUG 13 AM 11: 26

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Mr. Trgovich,

As the clerk, your function is of exchange. Each defendant so named, has volunteered to assume the charges as per 46 U.S.C. Chapter 311, and 46 U.S.C. Chapter 313, wherein the case number would not change. All exchange would thereby be facilitated through the original routing system in place, e.g. if a CR case were to be appropriated through such as the gambling commission, the defendant, with full knowledge of such accounting practice would be voluntarily, assuming the obligation.

If you have any further questions, regarding these matters, please refer to the Clearing House:

    John Forbes Kerry
    Secretary of State
    U.S. Department of State
    2201 C Street NW
    Washington, DC 20520

*Tamara Kay, united states*

FILED
13 AUG 13 AM 11: 25

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

NOTICE to AGENT is NOTICE to PRINCIPAL / NOTICE to PRINCIPAL is NOTICE to AGENT

RE: Your Record

To whom it concerns,

As Evidenced herein cause number 3:13 CV 052 in both United States District Court, and the united states court, after numerous attempts to find Congress, Senate, Judges, Attorneys, and bankers, we were unable to evidence life/be liveing, wherein Judgment must render them dead as per 1666 CHAPTER 11 18 and 19 Cha 2

"An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

[I.] Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead..

If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead."

Upon Judgment made, Secretary of State shall clear the books, as per 38 U.S.C. § 108.

Any and all communication, response, and correspondence shall be sent to:

Tamara Kay
House of Allsop
Clerk/Clergy
Temporary Post Location
C/o 144 East Willow Drive
South Bend, Indiana 46637
ph: 501 584 8459

DATED this 17th day of June, 2013.
My word is my bond
Executor
Kurt Martin

Certified Copy
Tamara Kay, united states

USPS.com® - Track & Confirm

Page 1 of 1

English   Customer Service   USPS Mobile

Register / Sign in

USPS.COM

Search USPS.com or Track Pa

Quick Tools   Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70122920000243853251 Show Details | Priority Mail® | Delivered | June 19, 2013, 7:58 am | WASHINGTON, DC 20 | Expected Delivery By: June 20, 2013 Certified Mail™ Return Receipt |
| 70122920000243853268 Show Details | Priority Mail® | Delivered | June 19, 2013, 12:42 pm | WASHINGTON, DC 20 | Expected Delivery By: June 20, 2013 Certified Mail™ Return Receipt |

GET EMAIL UPDATES   PRINT DETAILS

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action

6/20/2013