FILED

In the united states court

13 AUG 20 AM 11: 21

united states

V.

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

STATE OF INDIANA
INDIANA STATE PATROL
ST JOSEPHS COUNTY
ANNEX OF ROSELAND
RE: Agent who identifies himself as "Elmer Fudd" of Roseland P.D.
(incident occurrence 6-28-2013)
                                                              /
_____

You, or one or more of your Persons, Citizens, Agents, Beneficiaries, Uses, Infants, wards, goods, chattels, or Subjects have been found guilty by the Evidence of Espionage, 18 U.S.C. § 794, as evidenced during referenced incident that occurred on or about July 28, 2013 at approximately 1:30 a.m., wherein Kurt Martin, united states, was attempted on by Roseland Police Officer, a business licensed privateer officer assuming or using a Fictional name, refusing to identify his person other than "Elmer Fudd".  At the time of aforementioned attack, and attempt to capture Public Vessel, "Elmer Fudd", did communicate, deliver and transmit, with intent or reason to believe that it is to be used to the injury of the united states, information being maintained and held by your corporation, contrary to State security, to the injury of the united states and to the advantage of your foreign nation.  St. Joseph county (having receipt of Ordinance of the Estates) officers arrived on scene to witness said incident, wherein "Elmer Fudd" eventually was arrested from further action against the Public Vessel, after contact with Corporate Counsel, however, information is/was being communicated, delivered and transmitted by your agency, injurious to the united states.

You, are assessed a fee in the amount of 33 billion + officer "Fudds'" weight in gold times four (~180 x 4 = 720). Failure to appear in Person, or as represented by an attorney will result in a warrant for your arrest, confiscation and liquidation of any and all assets and holdings until this debt is paid in full.

Clerk shall serve, direct all parties, remit all invoices, bills, and notes.

Signed this        day of August, 2013

Judge's Signature on file with clerk

case 3:13-cv-00052-PPS-CAN document 42 filed 08/20/13 page 2 of 2





U.S. POSTAGE PAID SOUTH BEND, IN 46615 AUG 19, 13 AMOUNT $6.11 00016556-17

7012 2210 0001 3956 1413

United States Court
Attn: clerk
204 South Main Street
South Bend, IN
46601

Tamara Kay, united states
House of Allsop
Clerk/clergy
Temporary Post Location
C/o 144 E. Willow Drive
South Bend, IN 46637

RETURN RECEIPT REQUESTED